Date: 06-13-14    Judge: **LIAM O'GRADY**     Reporter: N. Linnell
Time: 1:22    To 3:01
      3:16    To 5:32

UNITED STATES of AMERICA
    vs.

DENNIS OWEN COLLINS -001
JOSHUA PHY – 004
THOMAS J. BELL 013
Defendant's Name

1:13cr383
Case Number

John Kiyonago (Defendant Collins)
John Iweanoge (Defendant Phy   )
John Machado  (Defendant Bell)
Counsel for Defendants

Alexander Nguyen and Richard Green
Counsel for Government

The following motions were heard:

Defendant Collin's [153] Motion to Suppress – evidence adduced by both parties – motion denied.

Defendant Phy's [179, 180, 276] Motion to Suppress – evidence adduced by both parties – motions denied.

Defendant Bell's [194, 247] Motions to Suppress – evidence adduced by both parties – motions denied.

Defendants continued on bond.

Order to follow.