IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.: 1:13CR383 |
| v. ) | Judge O'Grady |
| ) | |
| THOMAS BELL ) | |

## ORDER

**UPON CONSIDERATION** of Defendant Thomas Bell's Second Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. §4285, requesting that the United States Marshal Service make travel arrangements to bring Defendant Thomas Bell from Rockland, Massachusetts, to appear to this court at the plea hearing scheduled for 11:00 a.m. on August 19, 2014, and return him home at the conclusion of the proceeding, and good cause having been shown, it is therefore, this 29th day of July, 2014,

**ORDERED,** that the motion be, and hereby is, **GRANTED.** It is

1

**FURTHER ORDERED**, that the United States Marshals Service provide the defendant round trip transportation from his home in Rockland, Massachusetts, to the Eastern District of Alexandria, Virginia, for his 11:00 a.m. hearing on August 19IN addition, 2014.

**SO ORDERED.**

_____
Liam O'Grady
United States District Judge

cc: United States Marshals Service
    Prisoner Coordination Section